THE CITY OF NEW YORK, Respondent, *v.* BROOKLYN HEIGHTS RAILROAD COMPANY et al., Appellants.

*City of New York* v. *Brooklyn Heights R. R. Co.*, 168 App. Div. 904, appeal dismissed.
(Argued April 27, 1916; decided June 16, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1915, which affirmed a judgment of Special Term sustaining a demurrer to the answers in an action to recover the cost of paving that part of Flatbush avenue between the tracks of the railroad and two feet on each side thereof, under chapter 254 of the Laws of 1884, which is section 178 of the present Railroad Law.

*Charles A. Collin, C. L. Woody* and *George D. Yeomans* for appellants.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that an interlocutory judgment is not directly reviewable by this court; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, CARDOZO and SEABURY, JJ. Not sitting: COLLIN, J.